**Hilton THOMAS, Sr., Plaintiff–Appellant,**

v.

**MID–ATLANTIC REALTY MANAGEMENT, INCORPORATED, Defendant–Appellee.**

No. 03–1071.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 27, 2003.

Hilton Thomas Sr., Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Hilton Thomas, Sr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Thomas v. Mid–Atlantic Realty,* No. CA–02–3628–WMN (D.Md. Nov. 26, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*